**Dismissed and Memorandum Opinion filed May 9, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00247-CV

### MARGARET STONE, Appellant

### V.

### JEFFREY C. STONE, Appellee

**On Appeal from the 387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-DCV-190152**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order disqualifying counsel. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if permitted by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992)

(orig. proceeding). This appeal is not from a final judgment or an appealable interlocutory order.

On April 19, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction unless any party filed a response within ten days showing meritorious grounds for continuing the appeal. Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Jamison, and McCally.